IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RALPH PICART, | No. 2:18-CV-1842-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| M. BARRON, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant's unopposed motion to suspend the schedule established for this case (Doc. 24). Good cause appearing therefor, defendant's motion is granted and the court's January 18, 2019, scheduling order is suspended and discovery is stayed pending resolution of defendant's motion for summary judgment regarding exhaustion.

IT IS SO ORDERED.

Dated: March 26, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE