IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RALPH PICART,<br><br>  Plaintiff,<br><br>  v.<br><br>M. BARRON<br><br>  Defendant. | No.  2:18-CV-1842-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for a 60-day extension of time to file an opposition to Defendant's motion for summary judgment. ECF No. 52. Defendant filed the motion for summary judgment on March 3, 2021. ECF No. 45. Plaintiff contends that COVID-19 restrictions have limited his ability to review and obtain evidence in support of his opposition. ECF No. 52. Plaintiff will have sixty days from the date of this Order to file any opposition to Defendant's motion.

  IT IS SO ORDERED.

Dated:  April 21, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE