# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RALPH PICART,  Plaintiff,  v.  M. BARRON,  Defendant. | No. 2:18-CV-1842-TLN-DMC-P  ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 51, for Preferred Legal User (PLU) status. Plaintiff's motion is denied because PLU status is authorized by the prison when an inmate has a pending deadline. Granting PLU status is not within the purview of this Court. To the extent the Court has granted Plaintiff until 60 days from April 21, 2021, to file an opposition to Defendant's pending motion for summary judgment, and to the extent this deadline warrants a grant of PLU status by the prison, Plaintiff's motion is moot.

IT IS SO ORDERED.

Dated: April 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1