1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LOUIS RALPH PICART,                          No.  2:18-CV-1842-TLN-DMC-P

12                      Plaintiff,

13            v.                                    ORDER

14    M. BARRON,

15                      Defendant.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Defendant's motion, ECF No. 40, for leave to take

19    Plaintiff's deposition by video conference.  A review of the docket reflects that Defendant has

20    filed a motion for summary judgment supported in part by the transcript of Plaintiff's deposition

21    taken by video conference on December 3, 2020.  See ECF No. 45-4, pgs. 4-14 (transcript of

22    Plaintiff's deposition provided as "Attachment 1" to Defendant's motion for summary judgment).

23    Defendant's motion is, therefore, denied as moot.

24            IT IS SO ORDERED.

25

26    Dated:  May 5, 2021

27                                                  _____
                                                    DENNIS M. COTA
28                                                  UNITED STATES MAGISTRATE JUDGE

                                                    1