UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RALPH PICART,<br><br>            Plaintiff,<br><br>    v.<br><br>M. BARRON,<br><br>            Defendant. | No. 2:18-cv-01842-TLN-DMC<br><br>**ORDER** |

      Plaintiff Louis Ralph Picart ("Plaintiff"), a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On June 24, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 60.) No timely objections to the findings and recommendations have been filed.

      The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 24, 2021 (ECF No. 60), are ADOPTED IN FULL; and

2. Plaintiff's filings (ECF Nos. 42, 43) are DENIED to the extent they can be construed as seeking any kind of relief from this Court.

IT IS SO ORDERED.

DATED: August 4, 2021

Troy L. Nunley
United States District Judge