IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RALPH PICART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. BARRON,<br><br>　　　　　Defendant. | No.  2:18-cv-01842-TLN-DMC<br><br><br>**ORDER** |

　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion (ECF No. 67) for reconsideration of the Court's August 6, 2021, order adopting the Magistrate Judge's findings and recommendations in full and denying Plaintiff's filings (ECF Nos. 42, 43) to the extent they can be construed as seeking any kind of relief from the Court.  Plaintiff had the opportunity to challenge the Magistrate Judge's findings and recommendations by filing objections thereto, which Plaintiff did not do.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration, (ECF No. 67), is DENIED.

**DATED: November 12, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1